UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alberto Davila

_____

_____
Write the full name of each plaintiff.

-against-

United States Department of Veteran Affairs

_____

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

7:23 CV 3666
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑    **Federal Question**

☐    **Diversity of Citizenship**

## A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Federal Torte Claim Act 28 USC section 1346(b)

_____

_____

_____

_____

## B.    If you checked Diversity of Citizenship

### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , __Alberto Davila_____ , is a citizen of the State of
           (Plaintiff's name)

New York
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, <u>United States Department of Veteran Affairs</u>, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

# Alberto                                    Davila
First Name            Middle Initial       Last Name

# 2 Forrestal Heights, Apt 806
Street Address

# Beacon                          New York          12508
County, City                    State              Zip Code

# 845-597-6796                  Davilaalberto057@gmail.com
Telephone Number                Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| First Name | Last Name | |
|---|---|---|
| United States Department of Veteran Affairs | | |

Current Job Title (or other identifying information)
810 Vermont Avenue, NW

Current Work Address (or other address where defendant may be served)

| Washington | DC | 20420 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| First Name | Last Name | |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

| First Name | Last Name | |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Town of Phillipstown, County of Putnam, at intersection of Route 9 and Lyons Road

Date(s) of occurrence:  **April 12, 2022**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Mr. Alberto Davila was a passneger in a bus.  The bus was owned by the Defedant United States Veteran Affairs .  The bus was involved in a car accident at the above time and place.  The driver of the bus could have avoided the accident by stopping his vehicle but he was going too fast and in other ways negligent, careless and wreckeless.

_____

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mr. Davila's injuries are including but not limited to Vertebral artery stenosis/occlusion, ~~hip pain, hip swelling, recommendation of a Angiography, mild prominent portacaval~~ lymph node measuring 9mm in short axis, 8mm sclerotic lesion in the right anterior ~~acetbulum and mild bilateral reticular airspace opacities. The injuries are serious under~~ New York State Insurance Law section 5102.

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

1 million dollars.

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| MAY 1 /2023 | | _(signature)_ |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Alberto | | Davila |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 2 Forrestal Heights, Apt 806 | | |
|---|---|---|
| Street Address | | |

| Beacon | NY | 12508 |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.